CLOSED

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| RAYNALD ESTIME, | Civil Action No. |
| Petitioner, | 11-1928 (JLL) |
| v. | **O R D E R** |
| ERIC HOLDER, JR., et al., | |
| Respondents. | |

For the reasons expressed in the Opinion filed herewith,

**IT IS** on this **18th day of April, 2011,**

**ORDERED** that the Petition, Docket Entry No. 1, is dismissed; and it is further

**ORDERED** that Petitioner shall duly submit his filing fee of $5.00 or his complete in forma pauperis application within thirty days from the date of entry of this Order; and it is further

**ORDERED** that the Clerk shall serve this Order and the Opinion filed herewith upon Petitioner, by regular U.S. mail, together with a blank in forma pauperis application form for litigants seeking to prosecute a habeas action; and it is finally

**ORDERED** that the Clerk shall close the file on this matter.

/s/ Jose L. Linares
JOSE L. LINARES
United States District Judge